**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Alberto CAICEDO–RIVAS, a.k.a.**
**Carlos Ramirez, a.k.a. Carlos Eduardo**
**Ramirez, Defendant–Appellant.**

**No. 14–10251**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 18, 2014.

Peter J. Sholl, Arthur Lee Bentley, III, Jennifer Lynn Peresie, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Carlos Alberto Caicedo–Rivas, Folkston, GA, pro se.

Before MARTIN, HILL and FAY, Circuit Judges.

PER CURIAM:

Joseph Torres, counsel for Carlos Alberto Caicedo–Rivas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Caicedo–Rivas's convictions and sentences are **AFFIRMED.**